### In re the Marriage of Curties Ray COOK, Respondent,

### v.

### Janice Fay COOK, Appellant.

### No. 47193.

Missouri Court of Appeals, Eastern District, Division Three.

May 9, 1984.

Joseph S. Sanchez, Festus, for appellant.

Loyd R. Brinkman, Jr., Arnold, for respondent.

### ORDER

PER CURIAM.

This is an appeal from a dissolution of marriage.

The judgment of the trial court is affirmed. Rule 84.16(b).